# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Willie Lee Harris,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:16-cv-00590-FDW |
| | ) | 3:94-cr-00017-FDW |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 5, 2018 Order.

January 5, 2018

Frank G. Johns, Clerk
United States District Court